THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stanscell Smith, III, Appellant.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2008-UP-380
Submitted July 1, 2008  Filed July 14, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; Solicitor Robert Mills Ariail, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: Stanscell
 Smith, III, appeals his guilty plea for assault and battery of a high and
 aggravated nature and sentence of five years suspended upon service of eighteen
 months with three years probation.  He argues his guilty plea failed to comply
 with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.